# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

Robert P. Young, Jr.,
Chief Justice

146478 & (82)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
              Plaintiff-Appellee,

v                                                          SC:  146478
                                                           COA:  307758
                                                           St. Clair CC:  06-001700-FC

RAYMOND CURTIS CARP,
              Defendant-Appellant.

_____/

        On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED.  The application for leave to appeal the November 15, 2012 judgment of the Court of Appeals is considered, and it is GRANTED, limited to whether *Miller v Alabama*, 567 US ___; 132 S Ct 2455; 183 L Ed 2d 407 (2012), applies retroactively under federal law, per *Teague v Lane*, 489 US 288; 109 S Ct 1060; 103 L Ed 2d 334 (1989), and/or retroactively under state law, per *People v Maxson*, 482 Mich 385 (2008), to cases that have become final after the expiration of the period for direct review.

        We direct the Clerk to schedule the oral argument in this case for the same future session of this Court when it will hear oral argument in *People v Eliason* (Docket No. 147428) and *People v Davis* (Docket No. 146819).  The Court will issue a separate scheduling order specifying the parameters for oral argument, including time limits, allocation of time, and additional parties invited to participate in oral argument.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



Clerk

h1105